# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STANLEY WALESKI, on his own     :
behalf and on behalf of all others     :
similarly situated,     :
    :
        **Plaintiffs,**     :
     **v.**     :     **3:18-CV-1144**
    :     **(JUDGE MARIANI)**
MONTGOMERY, MCCRACKEN,     :
WALKER & RHOADS, LLP, et al.,     :
    :
        **Defendants.**     :

## ORDER

**AND NOW, THIS** 7th **DAY OF JANUARY, 2019,** upon review of Magistrate

Judge Carlson's Report and Recommendation ("R&R") (Doc. 36) for clear error or manifest

injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 36) is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion for Transfer of Venue (Doc. 7) is **GRANTED**. The above-captioned

   action is **TRANSFERRED** to the United States District Court for the Southern District of

   New York.

3. The Court declines to rule on Plaintiff's Motion to Remand (Doc. 11) or Defendants'

   Motion to Dismiss (Doc. 6).

4. The Clerk of Court is directed to **CLOSE** the case in the United States District Court

   for the Middle District of Pennsylvania.

_____
Robert D. Mariani
United States District Judge